

**VIA ECF**                                                    June 12, 2026
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

                            RE:              ***United States v. USA v. De Vargas, et. al.***
                                             ***26 Cr. 140 (PAE)***

  Dear Judge Engelmayer:

        I write, with the consent of the government and counsel for co-defendant de Jesus, to respectfully request an adjournment of the June 22 status conference in this case.

        The parties appeared before Your Honor for an initial conference on April 17, 2026. On that day, the government stated it would disclose discovery within a few weeks, and the Court adjourned the case with the admonition that the defendants should be able to discuss motion practice at the next conference.

        The government disclosed the bulk of Rule 16 discovery last week. Additionally, it disclosed cell phone extractions this week. Much of the communications on the electronic devices is in Spanish, and the discovery is voluminous. Co-counsel and I therefore need more time to analyze and digest the discovery before we are in a position to talk to the Court about motions.

        We therefore respectfully ask that the June 22 status conference be adjourned. Due to upcoming vacation and CLE conference schedules, we are not available for a status conference before July 20, although we are generally available the week of July 20 and July 27. If the Court grants this adjournment request, both Mr. De Vargas and Mr. De Jesus agree to waive time under the Speedy Trial Act from June 22 to the date of the next conference.

        Thank you for your consideration.

                                                    Respectfully submitted,

                                                       /s/

                                                    Florian Miedel
                                                    *Attorney for Franklin de Vargas Fernandez*

cc:       All Counsel (*via* ECF)

**GRANTED.** The Court adjourns the conference to **July 30, 2026,** at **11:00 a.m.** The Court excludes time until July 30, pursuant to 18 U.S.C. 3161(h)(7)(A), for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

6/15/2026

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge